# United States Court of Appeals
### For the Seventh Circuit
### Chicago, Illinois 60604

November 4, 2014

*Before*

RICHARD A. POSNER, *Circuit Judge*

JOEL M. FLAUM, *Circuit Judge*

MICHAEL S. KANNE, *Circuit Judge*

| | |
|---|---|
| No. 14-1432 | |
| BAHRI BEGOLLI,<br>     *Plaintiff-Appellant*,<br><br>     *v.*<br><br>HOME DEPOT U.S.A.,<br>INCORPORATED,<br>     *Defendant-Appellee.* | Appeal from the United States District Court for the Western District of Wisconsin.<br><br>No. 3:11-cv-00380-bbc<br><br>Barbara B. Crabb, *Judge*. |

**O R D E R**

    In this national-origin discrimination case, this panel in *Begolli v. The Home Depot*, 701 F.3d 1158 (7th Cir. 2012), remanded the case for further consideration by the district court of whether the suit was untimely. On remand, the district judge dismissed the suit as a sanction for the repeated, flagrant, inexcusable failure of Begolli, who was proceeding pro se, to comply with the district court's discovery orders. The judge explained that "because of [Begolli's] pro se status," he "had been given extra opportunities to show that he can comply with the court's orders and cooperate with defendant's counsel, but it is clear that he is not interested in compliance or cooperation." This is apparent from his appeal briefs as well. The appeal is frivolous, and is hereby dismissed.